# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| NOEL ROMERO DOYE, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: CV510-07 |
| ) | |
| v. ) | |
| ) | |
| Sergeant ADAMS; Officer WHITE; ) | |
| and Sergeant WATERS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff reasserts the allegations in his complaint, and attaches a newspaper article stating that a jury awarded damages to a plaintiff who was not allowed a bathroom break by her manager. The newspaper article and the case it discusses are irrelevant to Plaintiff's 42 U.S.C. §1983 claim, as they concern employment discrimination, rather than Eighth Amendment violations. Plaintiff's Objections are without merit and are **OVERRULED**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's complaint is **dismissed** for failure

AO 72A
(Rev. 8/82)

to state a claim upon which relief can be granted. The Clerk is authorized and directed to enter the apprpriate Judgment.

SO ORDERED, this 28 day of July, 2010.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA